**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| KREG Z. ANDERSON, ) | CASE NO. 1:20-cv-2753 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAKOTA M. FOSTER and ) | |
| THE SYGMA NETWORK, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' NOTICE OF REMOVAL**

Defendants Dakota M. Foster and the Sygma Network, Inc. ("Defendants"), by their undersigned attorneys, hereby remove this action from the Madison Circuit Court of Indiana to the Indianapolis Division of the United States District Court for the Southern District of Indiana pursuant to 28 U.S.C. §§1332, 1441 and 1446. The grounds for removal are:

1. Plaintiff Kreg. Z. Anderson ("Plaintiff") filed a civil action, *Kreg Z. Anderson v. Dakota M. Foster and the Sygma Network, Inc.*, Cause No. 48C03-2009-CT-000148, in the Madison Circuit Court of Indiana on September 10, 2020 ("State Court Action").

2. Defendant Sygma Network, Inc. was served with Plaintiffs' Complaint on September 23, 2020, state court appearances were filed for both Defendants, and Defendants' Answers to Plaintiff's Complaint are due in state court by extension on November 16, 2020.[1] This Notice is accompanied by copies of all process, pleadings, and orders served upon or by the Defendants in this lawsuit. (See Exhibit A hereto.)

---

[1] Of course, Defendants are aware that their Answers post-removal are due in accord with Federal Rule of Civil Procedure 81.

1

3. This Notice of Removal is filed within one year of the commencement of this action and "within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable," as mandated by 28 U.S.C. § 1446. "The language in section 1446(b) states as clearly as possible that the one-year clock for removal of initially non-removable diversity cases starts running when the action commences in state court." *First Merchants Trust Co. v. Wal-Mart Stores E.*, LP, 630 F. Supp. 2d 964, 970 (S.D. Ind. 2008). Under Indiana Rule of Trial Procedure 3, "a plaintiff commences a civil action by filing the complaint, paying the appropriate filing fee, and providing the clerk with the requisite number of copies of the complaint and summons." *Id*. Plaintiffs filed their Complaint on September 3, 2019 and it was served upon Defendant the Sygma Network on September 23, 2020. Thus, this Notice of Removal, is filed within one year of the commencement of the action under 28 U.S.C. § 1446(b), and thirty (30) days after service.

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332. There is complete diversity of citizenship of the Parties to this case as demonstrated by the following:

    a. Plaintiff Kreg Z. Anderson is a resident of Hancock County, Indiana. Thus, Plaintiff is a citizen of Indiana.

    b. Defendant the Sygma Network, Inc. is a foreign corporation, incorporated in Delaware with its principal place of business in Houston, Texas. Thus, the Sygma Network, Inc. is not a citizen of the State of Indiana. *See* 28 U.S.C. § 1332(c)(1).

    c. Defendant Dakota M. Foster is a resident of the State of Michigan. Thus, Defendant Dakota M. Foster is not a citizen of the State of Indiana.

5.      The damages sought exceed the sum of the $75,000 jurisdictional requirement based on Plaintiff's counsel's conversation, as confirmed in writing thereafter, with the undersigned defense counsel.

6.      This lawsuit is, therefore, a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court under 28 U.S.C. §§ 1441 and 1446. Further, removal to this judicial district and division is proper under 28 U.S.C. § 1441(a), as this district and division embrace Madison County, Indiana where this lawsuit is pending.

7.      All Defendants consent to the removal of this action. *See* U.S.C. § 1446(b)(2)(A).

8.      Promptly after it is filed with this Court, Defendants will serve this Notice on Plaintiff and file a copy of this Notice with the Clerk of the Madison Circuit Court.

9.      The Notice is signed in accordance with Federal Rule of Civil Procedure 11.

WHEREFORE, Defendants Sygma Group, Inc. and Dakota M. Foster remove this action to the United States District Court, Southern District of Indiana, Indianapolis Division.

> Respectfully submitted,
>
> FROST BROWN TODD LLC
>
> By: */s/ Adam S. Ira*
> Kevin C. Schiferl, #14138-49
> Adam S. Ira, #32017-49
> *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on the __ day of October, 2020, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

Kaitlin Coons Astorino
ISAACS & ISAACS
1601 Business Center Court
Louisville, KY  40299
kaitlin@isaacsandisaacs.com
*Attorney for Plaintiff*

                                                     */s/ Adam S. Ira*

FROST BROWN TODD LLC
201 N Illinois Street, Suite 1900
PO Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
kschiferl@fbtlaw.com
aira@fbtlaw.com

0139618.0736841   4818-6246-3950v1