# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| KREG Z. ANDERSON, | CASE NO. 1:20-CV-02753-JMS-MG |
| Plaintiff, | |
| v. | |
| DAKOTA M. FOSTER and THE SYGMA NETWORK, INC., | |
| Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Kreg Z. Anderson and Defendants, Dakota M. Foster and The Sygma Network, Inc., by their respective counsel, having stipulated that said action shall be dismissed, with prejudice, as to Defendants Dakota M. Foster and The Sygma Network, and the Court, being duly advised, now orders that said action against Defendants, Dakota M. Foster and The Sygma Network, is hereby dismissed with prejudice, each party to bear his own costs [41].

Date: 10/25/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Kaitlin Coons Astorino
ISAACS & ISAACS
1601 Business Center Court
Louisville, KY  40299
kaitlin@isaacsandisaacs.com
*Attorney for Plaintiff*

Kevin C. Schiferl
Adam S. Ira
FROST BROWN TODD LLC
201 N Illinois Street, Suite 1900
PO Box 44961
Indianapolis, IN  46244-0961
kschiferl@fbtlaw.com
aira@fbtlaw.com
*Attorneys for Defendants*

0139618.0736841   4816-9681-3311v1